IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00017-MP-AK

GREGORY J. HALL,
COREY B. BROWN,

    Defendants.
_____/

## O R D E R

    This matter is before the Court on Doc. 193, Motion to Order Release of Evidence, filed by the Government.  A hearing was held on this motion on Wednesday, March 29, 2006.  Upon consideration, the motion is granted.  The Clerk of the Court for the Eighth Judicial Circuit in and for Alachua County, Florida, J. K. "Buddy" Irby, is hereby ordered to release to the Office of the United States Attorney for the Northern District of Florida, or its designated representative, all available evidence from Case Number 01-2005-CF-000438-A, State of Florida v. Corey Brown, for use at trial in this cause.  An evidence inventory list for that case, bearing date of March 29, 2006, is attached and incorporated into this order for reference purposes.

    **DONE AND ORDERED** this  *31st* day of March, 2006

                      *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge

Evidence Inventory for 01-2005-CF-000438-A
STATE OF FLORIDA vs COREY BROWN

3/29/2006

**PLAINTIFF STATE OF FLORIDA**

Object ID: 1000495    ID:    Identified:    Exhibit: S. 1    Marked: 09/14/2005
Class: MAGNETIC MEDIUM    Status: Available
Description: 1 Maxell vhs tape in green sleeve, marked 1/21, Corey Brown, JW 08/10/05.
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/

Object ID: 1000496    ID:    Identified:    Exhibit: S. 2    Marked: 09/14/2005
Class: DRUGS/ALCOHOL    Status: Available
Description: 1 6 x 9 sealed baggie inside a larger plastic bag containing numerous (more than 25)(4.6 grams)white rocklike pieces, marked red evidence tape, w/ EVIDENCE, Suspected crack cocaine, dated 09/25/2005, 10:50, Jacksonville crim laboratory.
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/

Object ID: 1000497    ID: S. C    Identified: 09/14/2005    Exhibit:    Marked:
Class: DOCUMENTS    Status: Available
Description: 1 Florida identification card for Corey B. Brown, B650-102-71-111-8, dated 04-03-98, dob - 03-31-71, with picture of black male from shoulders up.
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/

Object ID: 1000498    ID: S. D    Identified: 09/14/2005    Exhibit:    Marked:
Class: DOCUMENTS    Status: Available
Description: 1 social security card for Corey Brown, sealed in plastics with GPD ID Sticker on front marked EVIDENCE, case No GA 18-0036, Seizing Agent 01-28-05, Exhibit 168
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/

**UNMARKED UNMARKED**

Object ID: 1001061    ID: S. A    Identified: 09/14/2005    Exhibit:    Marked:
Class: DOCUMENTS    Status: Available
Description: (1) White and Yellow empty envelope which had contained evidence; GPD item 197-35, GPD item 197-36, GPD item 197-37, GPD item #197-41
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/

Object ID: 1001062    ID: S. B    Identified: 09/14/2005    Exhibit:    Marked:
Class: DOCUMENTS    Status: Available
Description: (1) White and Yellow empty envelope which had contained evidence; GPD item 294-1.
Location: /CLERK/CRIMINAL/CJC EVIDENCE VAULT/