IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                            CASE NO. 1:05-cr-00017-MP-AK

COREY B. BROWN,
GREGORY J. HALL,

      Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 298, Motion to Continue Trial, filed by Defendant Corey Brown.  A hearing was held on Friday, October 6, 2006.  Defendant Brown requests a continuance in his trial so that his recently appointed counsel can adequately prepare for trial.  The Government does not object to the continuance.  The Court finds that because of the Government's extensive witness list, a failure to grant a continuance would deny defense counsel reasonable time to effectively prepare, and that the ends of justice served outweigh the interests of the public and the Defendant in a speedy trial.  *See, e.g.,* 18 U.S.C. § 3161(h)(8)(B)(iv).

      During the telephone conference, Defendant Hall also requested a continuance in his trial so that he and Defendant Brown can be tried together.  The Government does not object to the continuance.  The Court finds that the interests of justice are served by granting the continuance.  *See, e.g.,* 18 U.S.C. § 3161(h)(7) (finding the interests of justice served outweigh the interests of the public and the defendant in a speedy trial and excusing a reasonable period of delay to try the defendants together from the computation of the time for commencement of a criminal trial.)

Accordingly, the trial currently set for Tuesday, October 10, 2006, is reset for Tuesday, January 9, 2007, at 12:30.

**DONE AND ORDERED** this   *10th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge