IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00017-MP-GRJ-1

GREGORY J. HALL,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 17, 2013. (Doc. 518). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, (doc. 483) is DENIED.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases in the U.S. District Courts.

**DONE AND ORDERED** this  *23rd* day of July, 2013

                                    *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge